■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO MARMOLAO, Appellant. [643 NYS2d 356] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 2, 1995 (People v Marmolao, 220 AD2d 458), affirming a judgment of the Supreme Court, Queens County, rendered May 19,1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONMEL MARTINEZ, Appellant. [643 NYS2d 354] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered May 12, 1994, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.